No. 91–7832 (A–783). MAY v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 91–8166 (A–823). MAY v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 91–980. COLORADO ET AL. v. KUHN ET AL. Sup. Ct. Colo. Certiorari dismissed under this Court's Rule 46.

No. A–824. HILL v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.

No. A–824. HILL v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. Motion to reconsider order of May 7, 1992, denying application for stay of execution denied.

No. A–838. MARTIN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Application for stay of execution

of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

No. 91–8190 (A–835). MARTIN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

MAY 13, 1992

No. A–829. GANTT ET AL. v. SKELOS ET AL. Application to stay an order of the United States District Court for the Eastern District of New York, presented to JUSTICE THOMAS, and by him referred to the Court, granted, and it is ordered that the portion of the order of the United States District Court for the Eastern District of New York, case Nos. CV–92–1521 (SJ) and CV–92–1776 (SJ), entered May 5, 1992, enjoining further proceedings in *Reid* v. *Marino*, Index No. 9567/92, now pending in the Supreme Court of New York, County of Kings, is stayed pending the timely filing and disposition of an appeal in this Court. Further consideration of motion to expedite is deferred to timely filing of a statement as to jurisdiction in the above-entitled appeal.

MAY 15, 1992

No. 91–7963. IN RE DEMPSEY. Petition for writ of mandamus dismissed under this Court's Rule 46.

MAY 18, 1992

No. 91–1553. CAMP, SECRETARY OF STATE OF ALABAMA v. WESCH ET AL. Affirmed on appeal from D. C. S. D. Ala.

No. 91–169. LUJAN, SECRETARY OF THE INTERIOR, ET AL. v. SIERRA CLUB ET AL. C. A. 10th Cir. Certiorari granted, judg-